# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN MILLER, A/K/A DUSTON MILLER,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 76349

**FILED**

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the amended judgment of conviction on May 23, 2018. Appellant did not file the notice of appeal, however, until June 27, 2018, five days after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-29033

cc: Hon. Kathleen E. Delaney, District Judge
Dustin Miller
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk